IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                2:18-cr-210
                                      Judge Marbley

Sheldon Quentin Patterson

## ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 20) that the defendant's guilty plea be accepted. The Court accepts the defendant's pleas of guilty to Counts 2, 3 and 10 of the Indictment, and he is hereby adjudged guilty on this count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: October 7, 2019                s\Algenon L. Marbley
                                                Algenon L. Marbley
                                                Chief United States District Judge